CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED
September 08, 2026
LAURA A. AUSTIN, CLERK
BY: /s/ M. Poff
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MICHAEL DERRICK EDWARDS, | ) | |
| Plaintiff, | ) | Civil Action No. 7:24-cv-00693 |
| | ) | |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| C. ROGERS, | ) | Chief United States District Judge |
| Defendants. | ) | |

**MEMORANDUM OPINION AND ORDER**

Michael Derrick Edwards, a Virginia inmate acting *pro se*, brought this 42 U.S.C. § 1983 action alleging claims for excessive force and retaliation against C. Rogers, a correctional officer at Red Onion State Prison. (Compl., Dkt. No. 1.) Edwards sued Rogers in his individual capacity and in his official capacity. (*See id.*) Rogers moves for summary judgment on any claims for damages brought against him in his official capacity. (Dkt. Nos. 44, 45.)

Summary judgment is appropriate where "the movant shows that there is no genuine issue as to any material fact and the movant is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(a). It is well-established that state officials sued in their official capacity for damages are protected by Eleventh Amendment immunity. *Ballenger v. Owens*, 352 F.3d 842, 845 (4th Cir. 2003). In his response, Edwards states that he is suing Rogers for damages in his individual capacity, and for injunctive relief in his official capacity. (Dkt. No. 49.) Even so, the court finds that the motion should be granted to the extent that the complaint could be construed as plausibly alleging a claim for damages against Rogers in his official capacity. (*See* Compl. at 7, Prayer for Relief.) The remainder of Edwards' claims will remain in this lawsuit.

It is HEREBY ORDERED that defendant's motion for summary judgment (Dkt. No. 44) is GRANTED. Plaintiff's claims for damages against defendant in his official capacity are

DISMISSED without prejudice for lack of subject matter jurisdiction. The Clerk will set this matter for trial in a separate order.

The Clerk shall transmit a copy of this order to plaintiff and to all counsel of record.

Entered: September 8, 2026.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
Chief United States District Judge